IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01760-WDM-BNB

PAULA VICKERS,

Plaintiff,

v.

EINSTEIN & NOAH CORPORATION/NEW WORLD RESTAURANT GROUP, and STEVEN TURRENTINE,

Defendants.
_____

**ORDER**
_____

Good cause having been shown:

IT IS ORDERED that the Order to Show Cause entered June 27, 2006, is DISCHARGED.

Dated July 13, 2006.

                                                                 BY THE COURT:

                                                                 s/ Boyd N. Boland
                                                                 United States Magistrate Judge